HINTON v. YOUNGBLOOD, CIRCUIT JUDGE.

[No. 28,151. Filed January 15, 1946.]

*Paul Edward Hinton,* pro se.

*Nat H. Youngblood,* pro se.

PER CURIAM.—Relator seeks a writ of mandate to compel respondent to hear a petition for writ of error *coram nobis.* The response shows that the cause is not pending before respondent but before the judge who presided in the trial of the case at the time of relator's conviction. Accordingly the petition is dismissed.

Note.—Reported in 63 N. E. (2d) 196.